Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of cheese knives similar in all material respects to those the subject of *B. Westergaard & Co.* v. *United States* (26 Cust. Ct. 77, C. D. 1302), the claim of the plaintiff was sustained.

**No. 56244.**—Hudson Shipping Co., Inc., et al. v. United States, protests 141297–K, etc. (New York).

Opinion by LAWRENCE, J.  The protests were dismissed.

**No. 56245.**—National Biscuit Co. v. United States, protests 163959–K and 167488–K (New York).

Opinion by LAWRENCE, J.  The protests were dismissed.

**No. 56246.**—The Attorney General as Successor to the Alien Property Custodian v. United States, protests 810249–G, etc. (San Francisco).

Opinion by FORD, J.  The protests were dismissed.

**No. 56247.**—The Attorney General as Successor to the Alien Property Custodian v. United States, protests 958206–G and 975694–G (Los Angeles).

Opinion by FORD, J.  The protests were dismissed.

**No. 56248.**—The Attorney General as Successor to the Alien Property Custodian v. United States, protests 69097–K and 72712–K (San Francisco).

Opinion by FORD, J.  The protests were dismissed.

**No. 56249.**—The Attorney General as Successor to the Alien Property Custodian v. United States, protests 76352–K, etc. (Los Angeles).

Opinion by FORD, J.  The protests were dismissed.

BEFORE THE THIRD DIVISION, JANUARY 8, 1952

**No. 56250.**—R. Dixon & Co., Inc. v. United States, protest 174088–K (New York).

Opinion by JOHNSON, J.  It was stipulated that the items of merchandise marked "A" consist of cheese similar in all material respects to the Romano, Sardo, and Sbrinz cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706); that the items marked "B" consist of cheese the same as the Reggiano cheese involved in *Scaramelli* v. *United States, supra;* that the items marked "C" consists of cheese the same as the Pepato cheese passed upon in Abstract 42146; and that the cheese described as "Sardo Cheese," assessed at 35 percent under paragraph 710, consists of Romano cheese which was entered for consumption subsequent to the effective date of the trade agreement with Argentina, *supra.*  In accordance with stipulation of counsel and following the